IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:15CR146 |
| vs. | ) INDICTMENT |
| | ) 21 U.S.C. § 841(a)(1) & (b)(1) |
| EUGENE E. GRIFFIN, | ) |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

On or about March 13, 2015, in the District of Nebraska, EUGENE E. GRIFFIN, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about March 17, 2015, in the District of Nebraska, EUGENE E. GRIFFIN, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about March 19, 2015, in the District of Nebraska, EUGENE E. GRIFFIN, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN
Assistant United States Attorney